# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 2:12-mj-839** |
| | : | **Mag. Judge Deavers** |
| **v.** | : | |
| | : | |
| **JEFRY MANASES URIAS-GERARDO** | : | |

### ORDER

Upon application of the United States and for good cause shown, IT IS HEREBY ORDERED that the Complaint and Arrest Warrant, as it pertains to the defendant, be dismissed without prejudice.

**May 11, 2021**                                /s/ Elizabeth Preston Deavers
DATE                                            ELIZABETH PRESTON DEAVERS
                                                UNITED STATES MAGISTRATE JUDGE